# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIGALE PFINGSTEN, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> CARNEGIE MELLON UNIVERSITY, <br><br> Defendant. | Case No. 2:20-cv-00716 <br><br> ELECTRONICALLY FILED |
| ANOKHY DESAI, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> CARNEGIE MELLON UNIVERSITY, <br><br> Defendant. | |

## ORDER

AND NOW, this _____ day of _____, 20___, upon consideration of Carnegie Mellon University's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint, IT IS HEREBY ORDERED that the Motion is GRANTED.  Plaintiff's Consolidated Amended Complaint is dismissed with prejudice.

_____
United States District Judge