# EXHIBIT F

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIGALE PFINGSTEN, *individually and on behalf of all others similarly situated,*<br><br>            Plaintiff,<br><br>v.<br><br>CARNEGIE MELLON UNIVERSITY,<br><br>            Defendant. | Case No. 2:20-cv-00716<br><br>ELECTRONICALLY FILED |
| ANOKHY DESAI, *individually and on behalf of all others similarly situated,*<br><br>            Plaintiff,<br><br>v.<br><br>CARNEGIE MELLON UNIVERSITY,<br><br>            Defendant. | |

### DECLARATION OF BRIAN HILL IN SUPPORT OF CARNEGIE MELLON UNIVERSITY'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

I, Brian Hill, declare and state as follows:

1. I am over 18 years of age and otherwise competent to testify as to the matters herein, which are based on my personal knowledge. I make this declaration in support of Defendant Carnegie Mellon University's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint.

2. I am currently employed by Carnegie Mellon University (the "University") as the Director of Student Financial Services. As part of my responsibilities at the University, I am

familiar with the Student Financial Obligation Terms between students and the University, and am responsible for maintaining the Student Financial Obligation Terms signed by all undergraduate and graduate students.

3. All undergraduate and graduate students enrolled at the University are required to sign the Student Financial Obligation Terms.

4. Attached hereto as Exhibit 1 is a true and correct copy of the student record which indicates that Abigale Pfingsten e-signed the Student Financial Obligation Terms on April 27, 2016, confirming that she read and accepted the terms set forth in the Student Financial Obligation Terms.

5. Attached hereto as Exhibit 2 is a true and correct copy of the student record which indicates that Anokhy Desai e-signed the Student Financial Obligation Terms on April 4, 2019, confirming that she read and accepted the terms set forth in the Student Financial Obligation Terms.

6. Exhibits 1 and 2 hereto are maintained by the University in the ordinary course of its business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November ___, 2020

                                               _____
                                               Brian Hill
                                               Director of Student Financial Services



EXHIBIT 1



EXHIBIT 2