IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIGALE PFINGSTEN, individually and on behalf of all others similarly situated,<br><br>                       Plaintiff,<br>  v.<br><br>CARNEGIE MELLON UNIVERSITY<br><br>                       Defendant. | Case No. 2:20-cv-00716-RJC |
| ANOKHY DESAI, individually and on behalf of all others similarly situated,<br><br>                       Plaintiff,<br>  v.<br><br>CARNEGIE MELLON UNIVERSITY<br><br>                       Defendant. | Case No. 2:20-cv-00844-RJC |

**JOINT STATUS REPORT**

      Plaintiffs Abigale Pfingsten and Anokhy Desai ("Plaintiffs"), and Defendant Carnegie Mellon University ("Defendant") submit this Joint Status Report pursuant to this Court's Order of September 2, 2022 (Dkt. No. 51). The Third Circuit cases of *Hickey v. University of Pittsburgh*, 535 F.Supp.3d 372 (W.D. Pa. 2021), and *Ryan v. Temple University*, 535 F.Supp.3d 356 (E.D. Pa. 2021), Case Nos. 21-2013 and 21-2016 (consolidated) were argued in front of the Third Circuit on January 25, 2023. No opinion has been issued.

1

<table>
<tr><td>

Dated:  March 1, 2023



By: /s/  *Jeffrey M. Weimer*
Daniel I. Booker (PA 10319)
Jeffrey M. Weimer (PA 208409)
**REED SMITH LLP**
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222
Phone:   (412) 288-3131
Fax:        (412) 288-3063
Email:    dbooker@reedsmith.com
              jweimer@reedsmith.com

*Attorneys for Defendant*

</td><td>

Respectfully submitted,

**LYNCH CARPENTER LLP**

By:    /s/ *Gary F. Lynch*
Gary F. Lynch
Edward W. Ciolko (*Pro Hac Vice*)
Kelly K. Iverson
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
Email: gary@lcllp.com
eciolko@lcllp.com
kelly@lcllp.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*Pro Hac Vice*)
888 Seventh Avenue
New York, NY 10019
Telephone:  (646) 837-7150
Facsimile:  (212) 989-9163
Email:  pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Frederick J. Klorczyk III*
1990 North California Blvd., Suite 940 Walnut Creek, CA 94596
Telephone:  (925) 300-4455
Facsimile:  (925) 407-2700
Email:  fklorczyk@bursor.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot*
2665 S. Bayshore Drive, Suite 220
Miami, FL 33133
Telephone:  (305) 330-5512
Facsimile:  (305) 676-9006
Email:  swestcot@bursor.com

**Pro Hac Vice* Forthcoming

*Interim Class Counsel*

</td></tr>
</table>