IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIGALE PFINGSTEN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>CARNEGIE MELLON UNIVERSITY<br><br>      Defendant. | Case No. 2:20-cv-00716-CB |
| ANOKHY DESAI, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>CARNEGIE MELLON UNIVERSITY<br><br>      Defendant. | Case No. 2:20-cv-00844-CB |

## JOINT STATUS REPORT

Plaintiffs Abigale Pfingsten and Anokhy Desai ("Plaintiffs"), and Defendant Carnegie Mellon University ("Defendant") submit this Joint Status Report pursuant to this Court's Order of September 2, 2022 (Dkt. No. 51). On August 11, 2023, the Third Circuit issued a joint opinion in *Hickey v. Univ. of Pittsburgh*, No. 21-2013, 2023 WL 5159578 (3d Cir. Aug. 11, 2023), reversing, in part, the District Court's granting of the University of Pittsburgh's motion to dismiss in *Hickey v. University of Pittsburgh*, 535 F.Supp.3d 372 (W.D. Pa. 2021), and reversing

the District Court's granting of Temple University's motion to dismiss in *Ryan v. Temple University*, 535 F.Supp.3d 356 (E.D. Pa. 2021). The Third Circuit's Opinion is attached hereto as Exhibit A. The parties respectfully request that this Court issue an Order regarding further proceedings in this action.

Dated:  September 11, 2023

By: */s/ Jeffrey M. Weimer*
Jeffrey M. Weimer (PA 208409)
Daniel I. Booker (PA 10319)
**REED SMITH LLP**
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Phone:  (412) 288-3131
Fax:  (412) 288-3063
Email:  dbooker@reedsmith.com
jweimer@reedsmith.com

*Attorneys for Defendant*

Respectfully submitted,

**LYNCH CARPENTER LLP**

By:  */s/ Gary F. Lynch*
Gary F. Lynch
Edward W. Ciolko (*Pro Hac Vice*)
Kelly K. Iverson
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
Email: gary@lcllp.com
eciolko@lcllp.com
kelly@lcllp.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*Pro Hac Vice*)
Frederick J. Klorczyk III*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone:  (646) 837-7150
Facsimile:  (212) 989-9163
Email:  pfraietta@bursor.com
fklorczyk@bursor.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot*
2665 S. Bayshore Drive, Suite 220
Miami, FL 33133
Telephone:  (305) 330-5512
Facsimile:  (305) 676-9006
Email:  swestcot@bursor.com

**Pro Hac Vice* Forthcoming
*Interim Class Counsel*