IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIGALE PFINGSTEN, ANOKHY DESAI, *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> CARNEGIE MELLON UNIVERSITY, <br><br> Defendant. | Civil Action No. 2:20-CV-00716 <br><br> **JURY TRIAL DEMANDED** |

### ORDER

AND NOW, this ___ day of October, 2023, upon consideration of Defendant Carnegie Mellon University's Unopposed Motion for Extension of Time To Respond To Amended Complaint, it is hereby **ORDERED** that the Motion is **GRANTED**. Defendant's response to the Amended Complaint is due no later than October 25, 2023.

BY THE COURT:

_____, J.
The Honorable Robert J. Colville
United States District Judge