IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANOKHY DESAI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARNEGIE MELLON UNIVERSITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Case No.: 2:20-CV-00844<br>)<br>)<br>)<br>)<br>)<br>) |
| ABIGALE PFINGSTEN, on behalf herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARNEGIE MELLON UNIVERSITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Case No.: 2:20-CV-00716<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF SARAH N. WESTCOT**

Sarah N. Westcot, undersigned counsel for Plaintiffs, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Sarah N. Westcot filed herewith, which satisfies the requirements of the foregoing Local Rules and Standing Order.

                                                      Respectfully submitted,

DATED: November 13, 2023             */s/ Sarah N. Westcot*

        Sarah N. Westcot
        Bursor & Fisher, P.A.
        701 Brickell Avenue, Ste 1420
        Miami, FL 33131
        Telephone: (305) 330-5512
        Facsimile: (925) 407-2700
        Email: swestcot@bursor.com

*Counsel for Plaintiffs*