IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANOKHY DESAI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARNEGIE MELLON UNIVERSITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   Case No.: 2:20-CV-00844<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| ABIGALE PFINGSTEN, on behalf herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARNEGIE MELLON UNIVERSITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   Case No.: 2:20-CV-00716<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF SARAH N. WESTCOT IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Sarah N. Westcot, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Sarah N. Westcot, being duly sworn, do hereby depose and say as follows:

1.   I am a partner of the law firm Bursor & Fisher, P.A.

2.   My business address is 701 Brickell Avenue, Suite 1420, Miami, FL 33131.

3.   I am a member in good standing of the bars of Florida and California; the United

1

States District Courts for the Southern and Middle District of Florida, the Central, Eastern, Northern and Southern Districts of California, and the United States Court of Appeals for the Second, Eighth, and Ninth Circuits.

4. My bar identification numbers are Florida No. 1018272 and California No. 264916.

5. A current certificate of good standing from the Bar of Florida is attached to this Affidavit as Exhibit A.

6. I have no previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

DATED: November 13, 2023

/s/ *Sarah N. Westcot*
Sarah N. Westcot
Bursor & Fisher, P.A.
701 Brickell Avenue, Ste 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (925) 407-2700
Email: swestcot@bursor.com
*Counsel for Plaintiffs*

**EXHIBIT A**



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )          In Re:  1018272
                              Sarah Nicole Westcot
                              Bursor & Fisher, P.A.
                              701 Brickell Ave Ste 1420
                              Miami, FL 33131-2800

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 19, 2019**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  9th  day of **November, 2023**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-257081