IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANOKHY DESAI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARNEGIE MELLON UNIVERSITY,<br><br>Defendant. | Case No.: 2:20-CV-00844 |
| ABIGALE PFINGSTEN, on behalf herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARNEGIE MELLON UNIVERSITY,<br><br>Defendant. | Case No.: 2:20-CV-00716 |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION
*PRO HAC VICE* OF SARAH N. WESTCOT**

AND NOW, this _____ day of _____, 2020 upon consideration of the Motion for Admission *Pro Hac Vice* of Sarah N. Westcot, it is hereby ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED.

Date: _____              _____
                                          Cathy Bissoon
                                          United States District Judge

1