IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIGALE PFINGSTEN, ANOKHY DESAI, *on behalf of themselves and all others similarly situated*, <br><br>    Plaintiffs, <br><br> v. <br><br> CARNEGIE MELLON UNIVERSITY, <br><br>    Defendant. | Civil Action No. 2:20-CV-00716 <br><br> **JURY TRIAL DEMANDED** |

### ORDER

AND NOW, this ___ day of November, 2023, upon consideration of Defendant Carnegie Mellon University's Reply Brief in Support of Request for Order Requiring Plaintiffs to Plead in Response to CMU's Answer, it is hereby **ORDERED** that Defendant's Request is **GRANTED**. Plaintiffs must respond to the New Matter contained in Defendant's Answer [D.E. 58] within twenty-one (21) days of this Order, or by no later than ___ day of _____, 2023.

                              BY THE COURT:


                              _____, J.
                              The Honorable Robert J. Colville
                              United States District Judge