IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIGALE PFINGSTEN, Individually and on behalf of all others similarly situated, and ANOKHY DESAI, Individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>   v.<br><br>CARNEGIE MELLON UNIVERSITY,<br><br>             Defendant. | No.: 2:20-cv-00716-RJC<br><br>Judge Robert J. Colville |

**ORDER REFERRING CASE TO ALTERNATIVE DISPUTE RESOLUTION**

After due consideration of the issues and in consultation with the parties, the Court finds this case is appropriate for referral to an alternative form of dispute resolution as provided by the local rules of this Court.

**IT IS HEREBY ORDERED:**

(a) Referral to ADR: This case is referred to: Mediation. **Hon. Diane Welsh** is appointed to serve as the neutral. Compensation shall be paid directly to the neutral upon the conclusion of the ADR process. Cost of mediation is **allocated 50% to Plaintiffs and 50% to Defendant**. Failure to pay the neutral shall be brought to the attention of the Court.

(b) Conduct of ADR Conference(s): The ADR conference(s) shall be conducted in accordance with Local Rule 16.2 and the Court's ADR Policies and Procedures.

(c) Scheduling ADR Conference(s): The ADR conference(s) shall be concluded before **November 4, 2024** unless extended by order of the Court. The ADR conferences may be conducted at any location agreed to by the parties, counsel, and the assigned neutral.

1

If the parties are utilizing a private process, the case is still governed by the Court's Local Rules and ADR Policies and Procedures. When private processes are used, it is the responsibility of counsel to ensure that all the proper forms are timely submitted and filed, as required by Policies and Procedures.

The parties are hereby notified that any individual evaluator (Court approved or private) is required to become a registered user of the Electronic Case Filing System (ECF) in the United States District Court for the Western District of Pennsylvania. Counsel shall so notify their agreed upon neutral and refer them to the Court's website at www.pawd.uscourts.gov for user registration forms. Counsel shall confirm to the Court that the selected neutral has completed the process.

Nothing in this order alters the Case Management Order previously entered in this case. All deadlines set forth in that Case Management Order remain in full force and effect.

BY THE COURT:

*/s/Robert J. Colville*
Robert J. Colville
United States District Judge

Dated:  August 5, 2024