UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIGALE PFINGSTEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARNEGIE MELLON UNIVERSITY,<br><br>Defendant. | Case No. 2:20-cv-00716-RJC |
| ANOKHY DESAI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARNEGIE MELLON UNIVERSITY,<br><br>Defendant. | Case No. 2:20-cv-00844-RJC |

**UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES FOR PLAINTIFFS' UNOPPOSED MOTION TO PRELIMINARILY APPROVE CLASS ACTION SETTLEMENT, CERTIFY THE CLASS, APPOINT CLASS COUNSEL, APPROVE PROPOSED CLASS NOTICE, AND SCHEDULE A FINAL APPROVAL HEARING**

Plaintiffs Abigale Pfingsten and Anokhy Desai, by and through their undersigned counsel, hereby move this Court for leave to file excess pages for their forthcoming Plaintiffs' Unopposed Motion to Preliminarily Approve Class Action Settlement, Certify the Class, Appoint Class Counsel, Approve Proposed Class Notice, and Schedule a Final Approval Hearing.

1.  Pursuant to this Court's Standing Order and Procedures re: Civil Motion Practice at ¶ 8(d), Plaintiffs' Motion is limited to limited to 15 pages.

2.  Plaintiffs request leave for an additional 12 pages for a total of 27 pages.

3.       This relief is sought because Motions for Preliminary Approval are generally complex and the allowance of a greater word limit will permit Plaintiffs to provide the Court with all necessary factual information and legal authorities to aid in its decision.

4.       This Motion is filed in good faith, and it will not prejudice either party.

5.       Counsel for Plaintiffs has conferred with Counsel for Defendant, who is unopposed to this request.

Accordingly, Plaintiffs respectfully request that this Court grant leave to file their Motion with a maximum of 27 pages.

Dated: February 13, 2025                                        Respectfully submitted,

**LYNCH CARPENTER, LLP**

*/s/ Nicholas A. Colella*
Gary F. Lynch (PA 56887)
Nicholas A. Colella (PA 332699)
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Email: gary@lcllp.com
           nickc@lcllp.com

Philip L. Fraietta
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas
32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

*Attorneys for Plaintiffs*