UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIGALE PFINGSTEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARNEGIE MELLON UNIVERSITY,<br><br>Defendant. | Case No. 2:20-cv-00716-RJC |
| ANOKHY DESAI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARNEGIE MELLON UNIVERSITY,<br><br>Defendant. | Case No. 2:20-cv-00844-RJC |

**[PROPOSED] ORDER**

AND NOW, this ____ day of _____, 2025, in consideration of Plaintiffs' Unopposed Motion for Leave to File Excess Pages for Plaintiffs' Unopposed Motion to Preliminarily Approve Class Action Settlement, Certify the Class, Appoint Class Counsel, Approve Proposed Class Notice, and Schedule a Final Approval Hearing, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED.  Plaintiffs may file their Motion for Preliminary Approval with a maximum of 27 pages.

_____
Robert J. Colville
United States District Judge