UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIGALE PFINGSTEN, and ANOKHY DESAI, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>CARNEGIE MELLON UNIVERSITY,<br><br>Defendant. | Case No. 2:20-cv-00716-RJC |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE THAT**, upon the Declaration of Nicholas A. Colella, sworn to on June 20, 2025, and the accompanying exhibits and memorandum of law, and upon all prior proceedings, pleadings, and filings in the above-captioned action, Named Plaintiffs Abigale Pfingsten and Anokhy Desai will move this Court on June 30, 2025, at 10:00 am, by videoconference, before the Honorable Robert J. Colville of the United States District Court for the Western District of Pennsylvania, for an Order under Federal Rule of Civil Procedure 23: (1) finally certifying, for purposes of the Settlement only, the following Settlement Class:

> All students who were assessed tuition and/or fees to attend at least one in-person course(s) during the Spring 2020 semester at CMU but had their course(s) moved to remote learning; excluding (i) any person who properly executes and files a timely opt-out request to be excluded from the Settlement Class; and (ii) the legal representatives, successors or assigns of any such excluded person.

(2) confirming that the notice plan approved by the Court in its February 19, 2025 Preliminary Approval Order has been fully and sufficiently executed; (3) finally appointing Named Plaintiffs Abigale Pfingsten and Anokhy Desai as Settlement Class Representatives; (4) finally appointing

Gary F. Lynch and Nicholas A. Colella of Lynch Carpenter, LLP, and Philip L. Fraietta of Bursor & Fisher, P.A. to act on behalf of the Settlement Class and the Settlement Class Representatives with respect to the Settlement; (5) entering the proposed final judgment; and (6) granting such other and further relief as may be just and appropriate.

Dated: June 20, 2025

Respectfully submitted,

/s/ Nicholas A. Colella
**LYNCH CARPENTER, LLP**
Gary F. Lynch (PA 56887)
Nicholas A. Colella (PA 332699)
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
Gary@lcllp.com
NickC@lcllp.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (admitted *pro hac vice*)
1330 Avenue of the Americas
New York, NY 10019
(646) 837-7150
pfraietta@bursor.com

*Class Counsel*